USCA1 Opinion

 

 [NOT FOR PUBLICATION] United States Court of Appeals For the First Circuit ____________________ No. 97-2005 JOHN E. GIFFORD, Plaintiff - Appellant, v. BRUCE STRUMPF, INC., ET AL., Defendants - Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. Morton A. Brody, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Bownes, Senior Circuit Judge, ____________________ and Stahl, Circuit Judge.  _____________ _____________________ Thomas R. Watson and McTeague, Higbee, MacAdam, Case, Watson ________________ _______________________________________ & Cohen on brief for appellant. _______ Richard W. Mulhern and Kelly, Remmel & Zimmerman on brief __________________ __________________________ for appellees. ____________________ February 10, 1998 ____________________ Per Curiam. After due consideration of the record and the Per Curiam. __________ briefs in this case, we affirm the order of the district court. Costs to be assessed against appellant. Affirmed.  Affirmed. ________ -2-